UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Wayne Leslie Bussert            :         Case #: 07-52555
      Marilyn Jo Bussert

                                                        :         Chapter 13

                                                        :         Judge Caldwell

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: April 6, 2011                                    /s/ Frank M. Pees
                                                                    Frank M. Pees
                                                                       Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| First American Credit | $8.98 |
| P.O. Box 334 | |
| Reynoldsburg, OH 43068 | |